UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:26-cv-21060-LEIBOWITZ

SALVADOR CATARINO ORDONEZ CINTO,

    *Petitioner*,

v.

WARDEN, FLORIDA SOFT SIDED
FACILITY SOUTH, *et al.*,

    *Respondents*.

_____/

## ORDER

**THIS CAUSE** comes before the Court on Respondents' Motion to Dismiss or Transfer Action ("the Motion") [ECF No. 4], filed on February 18, 2026. Petitioner in this action is currently being detained at the Florida Soft Side Detention Facility, commonly known as Alligator Alcatraz, in Ochopee, Florida. [*Id.* ¶ 16]. Petitioner's Petition for Writ of Habeas Corpus (the "Petition") [ECF No. 1], filed on February 18, 2026, challenges his detention. In the Motion, Respondents argue that this action must be dismissed or transferred for lack of jurisdiction, as Petitioner is detained outside of the Southern District of Florida. [ECF No. 4 at 1–2].

It is well-settled that habeas "jurisdiction lies in only one district: the district of confinement." *Trump v. J.G.G.*, 604 U.S. 670, 672 (2025); *see also Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004) ("The plain language of the habeas statute thus confirms the general rule that for core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement."); *Garcia v. Warden*, 470 F. App'x 735, 736 (11th Cir. 2012) ("[J]urisdiction for § 2241 petitions lies only in the district of confinement."). The Florida Soft Side Detention Facility is located in Collier County, Florida, which is located in the Middle District of Florida. *See* 28 U.S.C.

§ 89(b).  Because Petitioner is detained outside of the Southern District of Florida, this Court lacks jurisdiction to adjudicate the instant Petition.

For the reasons set forth above, the Motion **[ECF No. 4]** is **GRANTED**.  The **Clerk of Court** is **DIRECTED** to **TRANSFER** this action to the Middle District of Florida for further proceedings.

**DONE AND ORDERED** in the Southern District of Florida on February 20, 2026.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:  counsel of record